**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MOHAMMAD HAIDER AGHA HASAN,**<br>Plaintiff**,**<br>vs.<br>**KIM WARDLAW, ET AL.,**<br>Defendants**.** | CASE NO. 19-cv-05800-YGR<br><br>**ORDER DISMISSING ACTION** |

On October 28, 2019, this Court issued an order denying his in forma pauperis application and dismissing the instant action pursuant to 28 U.S.C. section 1915(e)(2)(B) for failure to state a claim. (Dkt. No. 8.) Plaintiff was given leave to amend the application and the complaint by no later than November 22, 2019. As of the date of this order, no such amendments have been filed, nor has plaintiff filed any other documents with the Court.

Based upon the foregoing, the complaint is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: December 10, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**